TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4811
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
and Unifund CCR Partners and
Steven A. Booska

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. DAVIS,<br><br>           Plaintiff,<br><br>           vs.<br><br>UNIFUND CCR PARTNERS, a corporation; STEVEN A. BOOSKA, an individual; and DOES 1 through 10 inclusive,<br><br>           Defendants. | CASE NO.: 3:07-CV-01767 SI<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT BY DEFENDANT UNIFUND CCR PARTNERS**<br><br>Date: June 8, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 (19th Floor)<br><br>The Honorable Susan Ilston |

1    Pursuant to Rule 201 of the Federal Rules of Evidence, defendant Unifund

2  CCR Partners hereby requests that this Court take judicial notice of the following

3  documents from the records of the Superior Court of California, County of

4  Stanislaus:

5    1.    Complaint in the action entitled *Unifund CCR Partners Assignee of*

6  *Citibank v. Jason E. Davis*, Case Number 380735, a certified copy of which is

7  attached hereto as **Exhibit A**.

8    2.    Answer in the action entitled *Unifund CCR Partners Assignee of*

9  *Citibank v. Jason E. Davis*, Case Number 380735, a certified copy of which is

10  attached hereto as **Exhibit B**.

11

12  DATED: May 1, 2007          SIMMONDS & NARITA, LLP
                                 TOMIO B. NARITA
13                               JEFFREY A. TOPOR

14

15

16                          By:  s/Tomio B. Narita

17                               Tomio B. Narita
                                 Attorneys for Defendants Unifund CCR
                                 Partners and Steven A. Booska
18

19

20

21

22

23

24

25

26

27

28

Exhibit A

1  STEVEN A. BOOSKA                                    FILED
2  Attorney at Law
   250 Montgomery St, Ste 720                    2006 MAY 31  PM 4: 04
3  San Francisco, CA 94104
   Telephone: (415) 397-4345                     ____ OF THE SUPERIOR CO__
4  State Bar #107899                             COUNTY OF STANISLAUS

5  Attorney for Plaintiff                        Barbara Rose

6

7          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

8              IN AND FOR THE COUNTY OF STANISLAUS

9                    LIMITED CIVIL DIVISION

10

11 UNIFUND CCR PARTNERS               NO.  380735
   ASSIGNEE OF CITIBANK,
12
13      Plaintiff,                    COMPLAINT FOR MONEY

14 v.

15 JASON E DAVIS; DOES 1-10,          Demand: $4,350.22

16      Defendants.
                                /
17

18      Plaintiff alleges as follows:

19                 FIRST CAUSE OF ACTION

20      1.    Defendants presently reside in the county in which

21 this matter is brought and this Court is the proper court for

22 the trial of this matter.

23      2.    The true names and capacities, whether corporate,

24 associate, individual or otherwise, of defendants DOES 1-10

25 inclusive, are unknown to plaintiff who therefore sues said

26 defendants by such fictitious names and plaintiff will ask leave

27 to amend this Complaint to set forth their true names and

28
COMPLAINT FOR MONEY - COMMON COUNTS

   This case has been assigned to Judge Vander Wall
                         for all purposes including Trial.

capacities when the same are ascertained.

3.   Plaintiff is informed and believes, and on such information and belief, alleges that at all times herein mentioned, each of the defendants was acting as the agent and/or servant of each of the other defendants and all actions alleged herein were within the course and scope of the defendant's agency and/or employment.

4.   This cause of action is not subject to the provisions of Sections 1812.10 or 2984.4 of the Civil Code of the State of California.

5.   Within the last four years defendants, and each of them, became indebted to plaintiff in the agreed sum of $4,350.22 for goods and/or services rendered to defendants, and defendants then and there agreed to pay said amount to plaintiff.

6.   No part of said sum has been paid, although demand therefor has been made, and there is now due, owing and unpaid the sum of $4,350.22 together with interest thereon at the rate of 10% per annum from March 7, 2003.

SECOND CAUSE OF ACTION

7.   Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1, 2, 3, 4, 5, and 6 of the First Cause of Action.

8.   Within the last four years defendants, and each of them, became indebted to plaintiff on a book account for a

COMPLAINT FOR MONEY - COMMON COUNTS

balance due in the amount of $4,350.22.

THIRD CAUSE OF ACTION

9.      Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1, 2, 3, 4, 5, and 6 of the First Cause of Action.

10.   Within the last four years there was a written account stated by and between plaintiff and defendants, and each of them, whereby it was agreed that defendants were indebted to plaintiff in the sum of $4,350.22.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.    For damages in the sum of $4,350.22;

2.    For interest in the sum of 7 percent per annum from and after March 7, 2003;

3.    For other and further relief as the Court may deem proper.

DATED: May 17, 2006

_____
STEVEN A. BOOSKA
Attorney for Plaintiff

COMPLAINT FOR MONEY - COMMON COUNTS

The foregoing instrument is a
correct copy of the original
on file in this office.

ATTEST: 4-23-07

Clerk of the Superior Court of the
State of California in and for the
County of Stanislaus

By _Laura Ullma_ , Deputy

Laura Almand

Exhibit B

5

Eric F. Fagan  SBN #87071
2220 Otay Lakes Rd. #502-84
Chula Vista, CA  91915
Phone: (619) 656-6656
Fax: (775) 775-743-0307
efagan@efaganlaw.com
Attorney for Defendant Jason Davis

FILED

06 JUL 10  AM 8: 31

CLERK OF THE SUPERIOR COURT
COUNTY OF STANISLAUS
BY_____
DEPUTY

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF STANISLAUS

UNIFUND CCR PARTNERS ASSIGNEE OF

CITIBANK

        Plaintiff,

    vs.

JASON E. DAVIS; DOES 1-10,
        Defendants

Case No.: 380735

ANSWER

Defendant JASON E. DAVIS denies each and every allegation of Plaintiff's unverified complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint and each count fail to state a cause of action against the defendant.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by Code of Civil Procedure §337.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by Code of Civil Procedure §339.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's complaint and each count are based on a contract that is an adhesion contract, and as such, portions of it are unenforceable.

//

ANSWER - 1

FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint and each count are based on a contract that is illusory, and thus unenforceable.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to state a count upon which to base an award of attorneys' fees.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim has been paid in full.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is in violation of the Rosenthal Act. .

NINTH AFFIRMATIVE DEFENSE

Plaintiff is in violation of U.S.C. 15 §1692 et seq.

TENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to sue.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff lacks capacity to sue.

Whereas defendant prays as follows:

1.     That the plaintiff take nothing by its complaint,

2.     For costs of suit,

3.     For attorneys' fees, and

4.     For other such relief as the Court may deem proper.

Dated: July 7, 2006

Eric F. Fagan,
Attorney for defendant Jason Davis

## CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2220 Otay Lakes Rd. #502-84 Chula Vista, CA 91915. I am employed in San Diego County, CA.

I served the following:

**Answer**

Superior Court of California, County of Stanislaus Case No. 380735

On July 7, 2006 by depositing copies thereof in the United States mail at Chula Vista, CA 91911 enclosed in a sealed envelope, with postage fully prepaid, addressed to:

    Steven A Booska
    250 Montgomery St. Suite 720
    San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 7, 2006 at Chula Vista, CA 91915.


Dorian Hudson

The foregoing instrument is a
correct copy of the original
on file in this office

ATTEST: 4-23-07

Clerk of the Superior Court of the
State of California in and for the
County of Stanislaus

By _____ Deputy

Laura Altman