Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656  fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. DAVIS,<br><br>  Plaintiff<br><br>v.<br><br>UNIFUND CCR PARTNERS, a corporation; STEVEN A. BOOSKA., an individual; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Civil Case No.: C 07 1767 SI<br><br>**REQUEST TO APPEAR TELEPHONICALLY TO THE MOTION TO DISMISS**<br><br>Time: 9:00<br>Date: June 8, 2007<br>Judge: Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Because counsel for the plaintiff Jason Davis is located in Chula Vista, California, counsel respectfully requests to be allowed to appear at the June 8, 2007 Motion to Dismiss via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

　　Dated 5/29/2007

　　　　　　　　　　　　___/S/ Eric F Fagan_____

　　　　　　　　　　　　Eric F Fagan, Attorney for Plaintiffs

1  The Court hereby grants the request for Eric F. Fagan to appear telephonically at the
2  above-mentioned Motion to Dismiss.
3
4  Date:_____                                    _____
5                                                          The Hon. Susan Illston
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28