Eric F. Fagan (SBN 87071)
Law Offices of Eric F. Fagan
2220 Otay Lakes Rd. #502-84
Chula Vista, CA 91915
efagan@efaganlaw.com
Phone: 619-656-6656  fax:  775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. DAVIS,<br><br>      Plaintiff<br>v.<br><br>UNIFUND CCR PARTNERS, a corporation; STEVEN A. BOOSKA., an individual; and DOES 1 through 10 inclusive,<br><br>      Defendants. | Civil Case No.:  C 07 1767 SI<br><br>**REQUEST TO APPEAR TELEPHONICALLY TO THE CASE MANAGEMENT CONFERENCE**<br><br>Time: 2:30<br>Date: September 28, 2007<br>Judge: Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Because counsel for the plaintiff Jason Davis is located in Chula Vista, California, counsel respectfully requests to be allowed to appear at the September 28, 2007 Case Management Conference via telephone from his office at 2300 Boswell Rd. Ste 211, Chula Vista, CA 91914; (619) 656-6656.

Respectfully submitted,

     Dated 9/18/2007

                __/S/ Eric F Fagan_____

                Eric F Fagan, Attorney for Plaintiffs

1  The Court hereby grants the request for Eric F. Fagan to appear telephonically at the
2  above-mentioned Case Management Conference.
3
4  Date:_____                              _____
5                                                                      The Hon. Susan Illston