Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
efagan@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. DAVIS, | Civil Case No.: C-07-1767-SI |
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER TO MODIFY SETTLEMENT CONFERENCE DEADLINE** |
| v. | |
| UNIFUND CCR PARTNERS, a corporation; STEVEN A. BOOSKA., an individual; and DOES 1 through 10 inclusive, | |
| Defendants. | The Honorable Susan Ilston |

The Parties submit this stipulation and proposed order to modify the settlement conference deadline for the following reasons:

1) On September 24, 2007, the parties participated in a mediation but were unable to settle the case.

2) On September 28, 2007, this court held a Further Case Management Conference and ordered the parties to conduct a settlement conference with the magistrate judge before January 18, 2008; the parties scheduled the conference for January 15, 2008.

3) The parties each filed a Motion for Summary Judgment which was originally scheduled to be heard on December 7, 2007; but was continued until January 18, 2008.

4) The parties believe that a settlement conference will be most productive if it occurs after a decision on the Motions for Summary Judgment.

5) The parties request that this court continue the settlement conference deadline until twenty-one days after a decision on the Motions for Summary Judgment.

IT IS SO STIPULATED.

Dated: 12/20/07

_____Jeremy S. Golden_____
Jeremy S. Golden,
Attorney for Plaintiff

Dated: 12/20/07

_____Tomio B. Narita_____
Tomio B. Narita,
Attorney for Defendant Unifund CCR Partners

Dated: 12/20/07

_____Mark E. Ellis_____
Mark E. Ellis,
Attorney for Defendant Steven A. Booska

//
//
//
//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

Good cause having been shown it is hereby ordered that the parties have until twenty-one days after the Motions for Summary Judgment have been decided to participate in a settlement conference.

IT IS ORDERED.

DATE: _____     BY: _____

United States District Court Judge