1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON E. DAVIS,                                    No. C 07-1767 SI

        Plaintiff,                              **JUDGMENT**

  v.

UNIFUND CCR PARTNERS, a corporation;
STEVEN A. BOOSKA, an individual; and
DOES 1 through 10 inclusive,

        Defendants.
                                   /

      Defendants' motion for summary judgment is granted and plaintiff's motion for summary

judgment is denied.  Judgment is entered accordingly.


      **IT IS SO ORDERED AND ADJUDGED.**


Dated: January 22, 2008                    _____
                                       SUSAN ILLSTON
                                       United States District Judge